Case 4:26-cv-00714   Document 5   Filed 02/04/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SAM ADLPARVAR,** § | |
| § | |
| Petitioner, § | |
| VS. § | **CIVIL ACTION NO. 4:26-cv-0714** |
| § | |
| **GABRIEL MARTINEZ, et al.,** § | |
| § | |
| Respondents. § | |

## ORDER

On February 4th, 2026, the Court heard argument on Petitioner Sam Adlparvar's Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (ECF No. 1). The Court took the Petition under advisement. Respondents indicated that they do not have plans to detain Petitioner. However, should Petitioner be detained during the pendency of his Petition, Respondents **SHALL NOT** (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner to any facility outside the boundaries of the Southern District of Texas without first seeking and receiving leave from this Court. Such notice shall be filed in writing on the docket in this proceeding and shall state the reason why the government believes that such a movement is necessary and should not be stayed pending further court proceedings.

Parties are further ordered to immediately apprise the Court of any changes in Petitioner's custody status during the pendency of his Petition.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 4th day of February, 2026.

_____
Keith P. Ellison
United States District Judge

Case 4:26-cv-00714   Document 5   Filed 02/04/26 in TXSD   Page 2 of 2